ORIGINAL #058226

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 22 2003
U.S. COURT OF FEDERAL CLAIMS

DOCKET #: 03-1755T

JUDGE: ______________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**AN APPLICATION FOR HABEAS CORPUS CUM CAUSA RELIEF WITH MOTION TO NOTICE INTERESTED PARTIES**

JURISDICTION FOR HABEAS CORPUS JOINED WITH A CLAIM OF AN ILLEGAL ASSESSMENT

I.

The court's jurisdiction for claims of an illegal assessment claim against the United States joined with the privilege of habeas corpus is Title 28, United States Code, sections 1346(a)(2) and 1346(a)(1).

II.

The statutory authority for this suit is Title 5, United States Code, section 704 as Title 26, United States Code, section 7426(a) authorizes review of illegal assessments and no adequate remedy exists for review by habeas corpus in district courts.

JURISDICTION FOR HABEAS CORPUS AND DENIAL OF CIVIL RIGHT

III.

The court's jurisdiction for a claim against the United States for the privilege of habeas corpus and joinder of any other civil action is Title 28, United States Code, section 1346 (a)(2).

IV.

The statutory authority for this suit is Title 5, United States Code, section 704 and Title 42, United States Code, section 1983 as no adequate remedy exists for review by habeas corpus

in district courts.

VENUE

V.

The venue of the proceeding is set in the United States Court of Federal Claims as a court of competent jurisdiction to stay the tax collection process under the internal-revenue laws.

VI.

The venue of the proceeding is further set in the United States Court of Federal Claims as a court of competent jurisdiction to stay the judicial power of the United States and the State of the United States for the purpose of claiming a federally protected privilege of habeas corpus relief.

STATEMENT OF CLAIM I

VII.

The petitioner claimed a civil right not to engage in a for profit activity for the year of 2003 on a W-4.

VIII.

The Internal Revenue Service failed to follow the mandates of Congress for this claim.

IX.

The omission by the Internal Revenue Service resulted in an illegal assessment.

X.

The petitioner is claiming the privilege of habeas corpus to litigate this issue.

XI.

The pleading in "Special Matters # 2" is adopted herein in support.

STATEMENT OF CLAIM II

XII.

The petitioner claimed a civil right not to engage in a for profit activity for the years of 1990, 1993, 1994, 1995, 1997, 1998, 2001, and 2002 on Internal Revenue Service forms 1040 and 1040X.

XIII.

The Internal Revenue Service failed to follow the mandates of Congress for these claims.

XIV.

The omissions by the Internal Revenue Service resulted in illegal assessments.

XV.

The petitioner is claiming the privilege of habeas corpus to litigate these issues.

XVI.

The pleadings in "Special Matters # 3" thru "Special Matters # 11" are adopted herein in support.

STATEMENT OF CLAIM III

XVII.

The petitioner claimed a civil right not to engage in a for profit activity for the tax years of 1994 thru 1998 on State of Colorado Form104 - Colorado Individual Income Tax Return(s).

XVIII.

The State of Colorado failed to follow the mandates of State law for these claims.

XIX.

The denial of the civil right by the state resulted in illegal assessments.

XX.

The petitioner is claiming the privilege of habeas corpus to litigate these issues.

XXI.

The pleadings in "Special Matters # 12" thru "Special Matters # 16" are adopted herein in support.

DEMAND FOR JUDGMENT

XXII.

The petitioner is demanding a privilege of habeas corpus relief which is:

1. An evidentiary hearing for forthwith relief, or in the alternative
2. An order to issue to show cause why the relief should not be granted.

XXIII.

The demand is for a summary hearing on the motions required to support habeas corpus relief including the following issues:

1. Motion for leave to file.
2. Notice to interested parties.

3. Joinder of necessary parties.
4. Joinder of remedies (if required).
5. Stay of taxing power of United States and State of Colorado.
6. Illegal assessments.
7. Compensation in the amount of $250,000.00 for each illegal assessment.
8. Judicial Notice of adjudicated facts.
9. Full faith and credit for state law.

PLEADING SPECIAL MATTERS
XXIV.

The petitioner hereby adopts "Pleading Special Matters - 1" thru "Pleading Matters # 16" by reference herein in support of the petition.

GROUND I

An illegal assessment has issued by the Internal Revenue Service due to an omission founded on Title 26, United States Code, section 3402(n).

FACT 1: A taxpayer claimed the election to not engage in a for profit activity for the year 2003 on an Internal Revenue Service Form W-4.

FACT 2: The not for profit activity is executed by creating an equal exchange of labor for money earned using an election to itemize compensation for personal services actually rendered.

FACT 3: The money earned becomes a necessary expense for the production of income.

EVIDENCE:

Exhibit 1: The attached "Pleading Special Matters #2" is adopted herein by reference.

Exhibit 2: The illegal assessment by the Internal Revenue Service.

Exhibit 3. The negative averment that the respondent cannot produce specific

statutory authority for taxing the item of gross income called "compensation for personal services actually rendered."

GROUND II.

An illegal assessment has issued by the IRS due to an omission founded on Title 26, Code of Federal Regulations, section 1.211-1.

FACT 1: The petitioner claimed an election to not engage in a for profit activity on an Internal Revenue Service Form 1040.

FACT 2: The election is claimed by itemizing a deduction for compensation for personal services actually rendered using an Internal Revenue Service Schedule A (Form 1040) - Itemized Deductions form and Form 8275 - Disclosure Statement.

FACT 3: The money earned was a necessary expense for the production of income.

EVIDENCE:

Exhibits 4 thru 12: The attached "Pleading Special Matters #3" thru "Pleading Special Matters # 11" are adopted herein by reference.

Exhibits 13 thru 21: The illegal assessment by the Internal Revenue Service.

Exhibits 22 thru 30: The negative averment that the respondent cannot produce specific statutory authority for taxing the item of gross income called "compensation for personal services actually rendered."

GROUND III.

The State of Colorado denied a civil right to use a federal deduction founded on Title 39, Colorado Statutes, Article 22, section 104(1).

FACT 1: The petitioner claimed an election to not engage in a for profit activity on State of Colorado - Form 104 - Colorado Individual Income Tax Returns.

FACT 2: The election is claimed by itemizing a deduction for compensation for

personal services actually rendered (using an Internal Revenue Service Form 1040 or 1040X and supporting Schedules and Forms.

FACT 3: The money earned was a necessary expense for the production of income.

EVIDENCE:

Exhibits 31 thru 35: The attached "Pleading Special Matters # 12" thru "Pleading Special Matters # 16" are adopted herein by reference.

Exhibits 36 thru 40: The denial of the civil right by the State of Colorado.

Exhibits 41 thru 45: The negative averment that the respondent cannot produce a specific statutory for taxing the item of gross income called "compensation for personal services actually rendered."

Wherefore the petitioner moves for forthwith relief or in the alternative moves for an order to show cause why the relief in the petition should not issue. The brief hereto attached is adopted herein in support.

Executed on this 14th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Telephone: 337 234-1220
Fax: 337 234-1066

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**BRIEF IN SUPPORT OF MOTION FOR NOTICE TO INTERESTED PARTIES**

The authority for the motion is RCFC 14 (b)(1), (2) and (3). In support the court is shown the following:

The name and address of the first party to be noticed is:

Secretary of State Colin L. Powell
Washington, D.C.

The interest in this proceeding is the petitioner will be moving for mandatory joinder under the provisions of RFCF 19 (a) and the party will be unable to respond to this issue without notice.

The second party to be noticed is:

The State of Colorado:
Bill Owens, Governor
136 State Capital Drive
Denver, CO 80203

and

The State of Colorado:
Attorney General Ken Salazar
Colorado Department of Law
1525 Sherman St., 7th floor
Denver, CO 80203

The petitioner is also moving for a stay and RCFC 65 (a)(1) mandates notice prior to injunctive relief.

The interest in this proceeding is that the petitioner is going to move for mandatory joinder under the provisions of RCFC 19 (a) and the party will be unable to respond to this issue without notice.

The third party to be noticed is:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813

The interest in the proceeding is that the petitioner will be moving for mandatory joinder under Rule 19 (a) and the party will be unable to respond to this issue without this notice.

Wherefore the Petitioner moves for forthwith relief on the motion for notice or in the alternative an order to issue to show cause why the relief in the petition should not be granted.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 1**

The authority for this pleading is RCFC 9. (c), (h)(2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
CITATION OF STATUTES & REGULATIONS FOR PRIVILEGE CLAIMED

a. The petitioner is claiming the privilege of Habeas Corpus Cum Causa.

b. The privilege is founded upon a claim of United States citizenship and equal rights under the 14th Amendment.

c. This is a claim founded upon Amendment VII. and this right was extended to United States citizens by the 14th Amendment which gave Congress the authority to enforce this right by legislation.

d. The claim is a procedural right for the petitioner to use a legal procedure called a "petition" to redress a grievance with government.

e. The United States Congress legislated Title 28, United States Code, section 1346(2) and authorized suits of the following kinds:

"Any other civil action. . ."

The other civil action is a petition for writ of Habeas Corpus Cum Causa.

f. The United States Congress further legislated Title 5, United States Code, section 703. Under form of proceeding the following civil right exists:

> "The form of proceeding for judicial review . . . in the absence . . . thereof, any applicable form of legal action, including . . . habeas corpus."

II.
OWNERSHIP OF CLAIM

The party shown has ownership of a claim of the privilege of habeas corpus cum causa due to the following conditions precedent:

a. The United States extended this privilege to United States citizens.

b. The petitioner acquired United States citizenship by naturalization on November 26, 1986.

c. The Secretary of State of the United States has the authority to verify this claim.

d. The United States Congress has not created a statutory form for review of denial of civil rights by the Internal Revenue Service.

e. The United States Congress has not created a statutory form for review of denial of civil rights by a state government.

I hereby verify under the penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ott
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

## PLEADING SPECIAL MATTERS # 2 & EXHIBIT 2

The authority for this pleading is RCFC 9. (c), (h)(1), (2) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral proceeding exists within the IRS. The original action was a W-4 claim with an employer. The conditions precedent are these:

a. The petitioner and taxpayer were awarded a refund in the amount of $4,632.00 for the tax year 2002.

b. The effect of the refund was that there was no federal tax liability for the tax year 2002.

c. The effect of the civil right claimed herein is that no tax liability will exist in the tax year 2003.

d. The party making this claim is:

Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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

e. The original W-4 was filed with Mrs. Brown's employer on 11-21-2002.

f. The Internal Revenue Service reviewed the claim at Fresno "Customer" "Service" Center on February 12, 2003 and March 8th, 2003.

g. The effect of the administrative review is as follows:

1. The tax payer was denied the civil rights claimed therein.
2. A levy issued against Mrs. Brown's wages.
3. The Petitioner is demanding the privilege of Habeas Corpus on the issue of an illegal assessment.

## II.
## CITATION OF STATUTES & REGULATIONS FOR THE CIVIL RIGHT CLAIMED

The Civil Right Claimed:

a. The right claimed on a W-4 was to make an election to not engage in a profit making activity for the tax year 2003. The civil right is founded on Title 26, United States Code, section 183 (e)(3) entitled "Activities not engaged in for profit":

> "(3) Election
> An election under paragraph (1) shall be made at such time and manner, and subject to such terms and conditions, as the Secretary may prescribe."

b. Title 26, United States Code, section 183 (c) stipulates that an "activity not engaged in for profit is defined in either section 162 or under paragraph (1) and (2) of section 212.

c. The claim for relief being litigated herein is founded on Title 26, United States Code, section 212 (1) entitled "Expenses for production of income":

> "In the case of an individual, there shall be allowed as a deduction all the ordinary and necessary expenses . . . incurred during the taxable year - - (1) for the production . . . of income;"

d. The intent of Congress is founded in Title 26, Code of Federal Regulations, section 1.211 which mandates that the IRS follow this procedure:

> "In computing taxable income under section 63(a), the deduction provided by sections 212 . . . shall be allowed."

e. The review of this claim resulted in an wrongful assessment by the Internal Revenue Service.

And The Law For The Omission:

g. The claim is also founded on Title 26, United States Code, Section 3402(n) which mandates the IRS follow the following procedures:

> " . . . an employer shall not be required to deduct and withhold any tax under this chapter . . . if there is in effect with respect to such payment a withholding exemption certificate . . . furnished to the employer . . ."

The two conditions precedent for this claim are:

> "(1) incurred no liability for income tax imposed under subtitle A for his preceding taxable year, and
> (2) anticipates that he will incur no liability for the income tax imposed under subtitle A for this current taxable year."

The omission founded on Section 3402(n) resulted in the illegal assessment and is the issue to be litigated by the privilege of habeas corpus.

## III.
## OWNERSHIP OF CLAIM

The party shown has ownership of a claim on money due to the following conditions precedent:

a. A contract exists with a taxpayer to represent the taxpayer before the IRS for the tax matters in the above listed action.

b. The consideration was made on February 2, 2002.

c. The third party filer asserting this ownership is:

Richard Ortt, Compensation Consultants Inc
304 La Rue France, Suite 206
Lafayette, LA 70508
CAF No: 0200-35952R.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

FEB 18 2003

EXHIBIT 2

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Fresno Customer Service Center
Questionable W-4 Program
P.O. Box 24015, Mail Stop 813
Fresno, CA 93776

**Letter: 2801(CG)**
Date: 02/12/2003
Social Security Number: 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
Form W-4 Dated: 11/21/2002
Form W-4 Claimed: Exempt
Employer: MIDNIGHT ROSE HOTEL & CASINO

GERALDINE BROWN
PO BOX 297
CRIPPLE CREEK, CO 80813-0297

Dear GERALDINE BROWN:

Based on our information, we determined that your Form W-4, Employee's Withholding Allowance Certificate, does not meet the requirements of the Internal Revenue Code and related Employment Tax Regulations. We have, therefore, directed your employer to disregard your Form W-4 and withhold as if you were claiming the following:

Marital Status: Single
Allowances: 0

This will increase the amount of federal income tax your employer withholds from your paycheck. Your employer will honor a new Form W-4 that you file requesting a change in withholding, only if it asks for additional tax withholding.

If you want us to reconsider our determination, please complete the enclosed Form W-4, including the worksheet on the back, and return it to us within 30 days of the date of this letter. If you are claiming exemption from withholding, also complete the enclosed Form 6450, Questionnaire to Determine Exemption from Withholding, and return it with the W-4 worksheet.

The law requires the IRS to charge a $500 civil penalty for making a false statement about withholding. We will charge you the $500 penalty unless you provide a reasonable basis for the statements on your Form W-4 within 30 days from the date of this letter.

You also have the option to appeal our determination within 30 days from the date of this letter. Enclosed is Publication 5, "Your Appeal Rights and How to Prepare a Protest If You Don't Agree", explaining the appeal rights you have concerning the determination.

I am available to assist you weekdays between 7 a.m. and 4:30 p.m. Pacific time at 1-559-443-5117 (not a toll-free number).

Sincerely,
/s/LINDA CROSS
Tax Examiner
ID# 8904612

Enclosures:
- Form W-4
- Form 6450
- Notice 853, Form W-4 Privacy Act Notification
- Publication 1, Your Rights as a Taxpayer
- Publication 5
- Envelope

Letter 2801(CG)(Rev.09-99)

EXHIBIT 2

DEPARTMENT OF THE TREASURY
Internal Revenue Service

Fresno Customer Service Center
Questionable W-4 Program
P.O. Box 24015, Mail Stop 813
Fresno,CA 93776

Date of This Letter: 03/08/2003
Social Security Number: 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
Form W-4 Dated: 11/21/2002
Form W-4 Claimed: Exempt
Employer:
MIDNIGHT ROSE HOTEL & CASINO

GERALDINE BROWN
PO BOX 297
CRIPPLE CREEK, CO 80813-0297

Dear GERALDINE BROWN:

Thank you for the additional information you sent regarding your withholding claim on your Form W-4, Employee's Withholding Allowance Certificate. Based on this information, I still find that your Form W-4 is not accurate. Your employer must continue to disregard your Form W-4 and continue to withhold as follows:

| | |
|---|---|
| Filing Status: | Single |
| Allowances: | 0 |

I am available to assist you on weekdays between 7 a.m. and 4:30 p.m. Pacific time at 1-559-443-5117.

Sincerely,
/s/ LINDA CROSS
LINDA CROSS
Tax Examiner
ID#8904612
Number Of This Letter: 2810(CG)(8/96)

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**DOCKET #:** ____________________

**JUDGE**______________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

### PLEADING SPECIAL MATTERS # 3 & EXHIBIT 13

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1990.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $30,344.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

a. The first election or civil right claimed was an election to itemize on an Internal Revenue Service Form 1040 and Schedule A (Form 1040) founded on Title 26, United States Code, section 63 (e):

"Any election under this subsection shall be made on the taxpayer's return . . .".

b. The second right claimed was to make an election to not engage in a profit making activity founded on Title 26, United States Code, Chapter 1, section 183 (e)(3) entitled "Activities not engaged in for profit":

"(3) Election
An election under paragraph (1) shall be made at such time and manner, and subject to such terms and conditions, as the Secretary may prescribe."

This election was made on an Internal Revenue Service Form 8275 - Disclosure Statement.

c. Title 26, United States Code, section 183(b)(1) is entitled "Deductions allowable" and creates a third civil right to use any deduction under Chapter 1 of Title 26:

> "The deductions which would be allowable under this chapter for the taxable year without regard to whether or not such activity is engaged in for profit, and . . .".

d. The deduction claimed is founded on Title 26, United States Code, Chapter 1, section 1341. Section 1341 (a)(5)(B) stipulates the following civil right exists:

> "The decrease in tax under this chapter (or the corresponding provisions of prior revenue code) . . ." and

> "For purposes of paragraph (5)(B), the corresponding provisions of the Internal Revenue Code of 1939 shall be chapter 1 of such code . . ."

e. The decrease in tax chosen from Internal Revenue Code of 1939 is founded on Chapter 1, Subchapter B, Section 23 entitled "Deduction From Gross Income" which allows a deduction for:

> ". . . or compensation for personal services actually rendered."

f. Title 26, United States Code, section 183 (c) stipulates that "an activity not engaged in for profit" is defined in either section 162 or under paragraph (1) and (2) of section 212.

g. The claim for relief being litigated herein is founded on Title 26, United States Code, section 212 (1) entitled "Expenses for production of income":

> "In the case of an individual, there shall be allowed as a deduction all the ordinary and necessary expenses . . . incurred during the taxable year - (1) for the production . . . of income;".

h. The intent of the taxpayer is to claim that the money acquired by the right of accession is a necessary expense for the production of income.

j. The intent of Congress claimed is founded in Title 26, Code of Federal Regulations, section 1.211-1 which mandates the Internal Revenue Service to follow this procedure:

> "In computing taxable income under section 63(a), the deduction provided by sections 212 . . . shall be allowed. . . "

The omission under this section resulted in the levy.

III.
OWNERSHIP OF CLAIM

The party shown has ownership of a claim on money due in a tax refund suit due to the following conditions precedent:

a. A contract exists with a taxpayer to make a claim for refund of overpaid income tax in the above listed action.

b. The consideration was made on February 2, 2002.

c. The third party filer asserting this ownership is:

Richard Ortt, DBA Compensation Consultants Inc
304 La Rue France, Suite 206
Lafayette, LA 70508
CAF No: 0200-35952R.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard J. Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

C012488 EXHIBIT 13 29254-482-00063-0 200312 CP: 71C
WI 1

APR 0 1 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: MAR. 31, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1990

For assistance you may call us at:

1-800-829-7650

RONALD G BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1990. THE AMOUNT YOU OWE IS $13,296.65. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $4,574.77 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $1,511.27 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . . | $7,210.61 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $13,296.65 BY APR. 10, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

EXHIBIT 13

027294

29254-482-00068-0 200321 CP: 71C
WI 1

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

JUN 0 2 2003

Date of this notice: JUNE 2, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1990

For assistance you may call us at:

1-800-829-7650

GERALDINE L BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1990. THE AMOUNT YOU OWE IS $17,046.91. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $8,162.37 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $1,153.50 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . . | $7,731.04 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $17,046.91 BY JUNE 12, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE________________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 4 & EXHIBIT 14**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1992.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $47,463.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters # 3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 14

C012489

29254-482-00064-0 200312 CP: 71C
WI 1

APR 0 1 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: MAR. 31, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1992

For assistance you may call us at:
1-800-829-7650

RONALD C BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1992. THE AMOUNT YOU OWE IS $33,820.33. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . | $16,451.69 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . | $2,728.50 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . | $14,640.14 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $33,820.33 BY APR. 10, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

0027295

EXHIBIT 14

29254-482-00066-0 200321 CP: 71C

WI 1

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: JUNE 2, 2003 JUN 0 2 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1992

For assistance you may call us at:

1-800-829-7650

GERALDINE L BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1992. THE AMOUNT YOU OWE IS $13,642.57. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $6,583.99 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $1,091.74 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . . | $5,966.84 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $13,642.57 BY JUNE 12, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 5 & EXHIBIT 15**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1993.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $35,593.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

## II.
## CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

## III.
## OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

C012490 EXHIBIT 15 29254-482-00065-0 200312 CP: 71C
WI 1

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: MAR. 31, 2003 APR 0 1 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1993

For assistance you may call us at:

1-800-829-7650

RONALD C BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1993. THE AMOUNT YOU OWE IS $22,071.66. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $10,510.68 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $1,980.00 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . | $9,580.98 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $22,071.66 BY APR. 10, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

027296 EXHIBIT 15 29254-482-00067-0 200321 CP: 71C
WI 1

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: JUNE 2, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1993

JUN 0 2 2003

For assistance you may call us at:

1-800-829-7650

GERALDINE L BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1993. THE AMOUNT YOU OWE IS $14,521.43. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $6,968.17 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $1,238.24 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . . | $6,315.02 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $14,521.43 BY JUNE 12, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 6 & EXHIBIT 16**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1994.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $35,593.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard J Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 16

0027297

WI 29247-740-00053-9 200321 CP: 71C
1

JUN 0 2 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: JUNE 2, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1994

For assistance you may call us at:

1-800-829-7650

GERALDINE BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1994. THE AMOUNT YOU OWE IS $5,842.14. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $4,143.54 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $539.00 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . . | $1,159.60 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $5,842.14 BY JUNE 12, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

Department of the Treasury
Internal Revenue Service

Notice Date: 08/05/2002

EXHIBIT 16

SSN/EIN: 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N

RONALD C & GERALDINE
BROWN
PO BOX 297
CRIPPLE CREEK , CO 80813-8297

REMINDER - YOU STILL OWE 670.97

The purpose of this notice is to remind you of taxes still owed. Our records show you haven't paid the full amount you owe for your account, Form CVPN for the tax period ended 12/31/1994.

The amount you still owe may include penalty and interest. It also should reflect any credit(s) and payment(s) we received for this tax period on your account since the last notice we sent you. If you owe additional tax for the same period a separate notice will be issued for that tax liability.

If you have any questions concerning the amount due or penalty and interest computation, please call us at 1-888-829-7434.

See the enclosed Publication 594, The IRS Collection Process, and Notice 1219B, Notice of Potential Third Party Contact, for additional information.

------------------------------------------------Cut along line------------------------------------------------

Please mail this part with your payment, payable to the United States Treasury.

Form: 9774 (NMF)(Rev.01/02)
Notice Date: 08/05/2002
Document Locator Number:
84655-269-19010-98

To ensure proper crediting, write the following on your check:
28/12/31/1994/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N

Amount Due: 670.97

Reply to:
INTERNAL REVENUE SERVICE
P.O. Box 9941
Ogden, UT 84409

RONALD C & GERALDINE
BROWN
PO BOX 297
CRIPPLE CREEK ,CO 80813-8297

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

## PLEADING SPECIAL MATTERS # 7 & EXHIBIT 17

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

### I.
### ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1995.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $14,033.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

:012492 EXHIBIT 17 29247-747-00139-9 200312 CP: 71C
WI 1

APR 0 1 2003

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: MAR. 31, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1995

For assistance you may call us at:
1-800-829-7650

RONALD BROWN
%RICHARD ORTT
304 LA RUE FRANCE STE 206
LAFAYETTE LA 70508

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1995. THE AMOUNT YOU OWE IS $11,561.28. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $8,207.73 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $1,162.75 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . . | $2,190.80 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $11,561.28 BY APR. 10, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

EXHIBIT 17

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0030

Date of this notice: JUNE 2, 2003
Taxpayer Identifying Number 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
Form: 1040A Tax Period: DEC. 31, 1995
JUN 09 2003

For assistance you may call us at:
1-800-829-7650

GERALDINE BROWN
PO BOX 297
CRIPPLE CREEK CO 80813-0297976

TAX BILL: YOUR PAYMENT IS OVERDUE

OUR RECORDS SHOW YOU STILL OWE A BALANCE FOR TAX YEAR 1995. THE AMOUNT YOU OWE IS $2,472.23. WE FIGURED THIS AMOUNT BY ADDING:

| | |
|---|---|
| AMOUNT UNPAID FROM PRIOR NOTICES. . . . . . . . . . | $1,733.19 |
| PENALTY FOR LATE PAYMENT OF TAX . . . . . . . . . . | $254.00 |
| INTEREST ON LATE PAYMENT. . . . . . . . . . . . . . | $485.04 |

THE AMOUNT SHOWN AS UNPAID FROM PRIOR NOTICES SHOULD REFLECT ANY CREDITS AND PAYMENTS TO YOUR ACCOUNT SINCE THE LAST NOTICE WE SENT YOU. THE PENALTY AND INTEREST LISTED ABOVE ARE BASED ON BOTH ANY AMOUNT YOU PAID LATE AFTER WE SENT YOU THE PRIOR NOTICE AND THE AMOUNT UNPAID FROM THE PRIOR NOTICE.

TO AVOID ADDITIONAL PENALTIES AND INTEREST, PLEASE PAY $2,472.23 BY JUNE 12, 2003.

IF YOU CANNOT PAY THE AMOUNT YOU OWE, YOU MAY REQUEST AN INSTALLMENT AGREEMENT BY COMPLETING THE ENCLOSED INSTALLMENT AGREEMENT REQUEST FORM. SEND YOUR FIRST MONTHLY PAYMENT WITH THE REQUEST. MAKE YOUR PAYMENT AS LARGE AS POSSIBLE TO LOWER INTEREST AND PENALTY CHARGES. WE WILL CONTINUE TO ADD PENALTY AND INTEREST UNTIL YOU PAY THE TOTAL AMOUNT YOU OWE. SINCE WE MAY NEED TO CONTACT YOU FOR ADDITIONAL INFORMATION, BE SURE TO FILL IN YOUR TELEPHONE NUMBER AND BEST TIME TO CALL. ONCE WE APPROVE THE INSTALLMENT AGREEMENT, WE WILL SEND MONTHLY REMINDER NOTICES BEFORE EACH PAYMENT IS DUE.

PLEASE WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE IT PAYABLE TO THE UNITED STATES TREASURY. SEND YOUR PAYMENT WITH THE STUB AT THE END OF THIS NOTICE IN THE ENCLOSED ENVELOPE. IF YOU ARE REQUESTING AN INSTALLMENT AGREEMENT, INCLUDE THE COMPLETED INSTALLMENT AGREEMENT REQUEST FORM.

IF YOU DON'T RESPOND TO THIS NOTICE WITHIN 30 DAYS, WE MAY TAKE FURTHER ACTION TO COLLECT THE AMOUNT YOU OWE. THIS MEANS WE MAY FILE A FEDERAL TAX LIEN AGAINST YOUR PROPERTY OR LEVY (SEIZE) YOUR WAGES, BANK ACCOUNTS OR OTHER ASSETS.

IF YOU BELIEVE THE AMOUNT WE SAY YOU OWE IS NOT CORRECT, PLEASE CALL US.

THANK YOU FOR YOUR COOPERATION.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 8 & EXHIBIT 18**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1997.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $634.50.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

Department of the Treasury
Internal Revenue Service

EXHIBIT 18

Notice Date: 06/16/2003

JUN 16 2003

SSN/EIN: 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N

RONALD C & GERALDINE L
BROWN
PO BOX 297
CRIPPLE CREEK , CO 80813

REMINDER - YOU STILL OWE 634.33

The purpose of this notice is to remind you of taxes still owed. Our records show you haven't paid the full amount you owe for your account, Form CVPN for the tax period ended 12/31/1997.

The amount you still owe may include penalty and interest. It also should reflect any credit(s) and payment(s) we received for this tax period on your account since the last notice we sent you. If you owe additional tax for the same period a separate notice will be issued for that tax liability.

If you have any questions concerning the amount due or penalty and interest computation, please call us at 1-888-829-7434.

See the enclosed Publication 594, The IRS Collection Process, and Notice 1219B, Notice of Potential Third Party Contact, for additional information.

Cut along line

Please mail this part with your payment, payable to the United States Treasury.

Form: 9774 (NMF)(Rev.01/02)
Notice Date: 06/16/2003
Document Locator Number:
84655-022-19028-00

To ensure proper crediting, write the following on your check:
28/12/31/1920/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N

Amount Due: 634.33

Reply to:
INTERNAL REVENUE SERVICE
P.O. Box 245
Bensalem, PA 19020

RONALD C & GERALDINE L
BROWN
PO BOX 297
CRIPPLE CREEK ,CO 80813

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 9 & EXHIBIT 19**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 1998.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $978.78.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 19

SALLY J. ZEMAN — Chapter 13 Trustee — 1888 Sherman St., Suite 750, Denver, CO 80203 — (303) 830-1971 FED. I.D. # 84-0

| CASE NUMBER | DEBTOR(S) NAME | ACCOUNT NO | THIS CHECK | AMT TO PAY |
|---|---|---|---|---|
| 98-10504CEM | RONALD CHARLES BROWN | 468403151/ 526670793 | 978.78 | |

"Levy Proceeds"

COLORADO NATIONAL BANK
P.O. BOX 17032 T.A.
DENVER, CO 80217

240781 CHECK NO. 240781 CHECK DATE 9/19/98

THIS CHECK IS NOT VALID AFTER 90 DAY

AMOUNT
$******978.78

*********NINE HUNDRED SEVENTY-EIGHT DOLLARS AND 78/100********************

THE FACE OF THIS DOCUMENT A COLORED BACKGROUND ON WHIT

PAY TO THE ORDER OF

Internal Revenue Service or
RONALD CHARLES BROWN
AND GERALDINE LOIS BROWN
P.O. BOX 297
CRIPPLE CREEK CO 80813-0000

COPY

VO

⑈240781⑈ ⑆102000021⑆120411436112⑈

This was sent to I.R.S. by bankruptcy Trustee, I sent this money to trustee for car payment

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 10 & EXHIBIT 20**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 2001.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $2,907.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 20



Internal Revenue Service The Digital Daily
DEPARTMENT OF THE TREASURY

Home | Get Refund Status | Refund Help | Links of Interest

your personal tax data

Social Security Number or IRS Individual Taxpayer Identification Number:
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

Filing Status:
Married - Filing Joint Return

Tax Period Ending:
December 31, 2001

Your Expected Refund Amount:
$2907.00

## Refun

## Refund Status Results

Printer -

Your refund has been withheld for full or partial payment of another tax liability. You v notice with details about how your refund was applied. To find out more, please conti

**Please read the following information related to your tax situation:**

Can my refund be used to pay other debts? Can a person receive a tax refund if they in a payment plan for prior year's federal taxes?

Printer-Friendly Version

IRS Privacy and Security Policy

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 11 & EXHIBIT 21**

The authority for this pleading is RCFC 9. (c), (h)(1), (2), and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral administrative proceeding exists within the IRS. The following conditions precedent exist:

a. The petitioner (a third party filer) has filed a tax refund claim with the IRS.

b. The proceeding is for the tax year 2002.

c. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

d. The original claim was filed at:

Internal Revenue Service
Fresno, CA 93888

e. An administrative appeal was filed at:

Internal Revenue Service
Fresno, CA 93888

f. The effect of the administrative proceeding is:

1) The petitioner was denied the three civil rights claimed below.

2) The denial of the civil rights resulted in an illegal assessment for $4,632.00.

3) The petitioner is demanding a privilege of habeas corpus on the issue of an illegal assessment.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #3, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #3, Section III" by reference herein in support.

I hereby verify under penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax : 337 234-1066

EXHIBIT 21

W1

Department of the Treasury
Internal Revenue Service
FRESNO, CA 93888-0025

Date of this notice: APR. 7, 2003
Taxpayer Identifying Number 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
Form: 1040 Tax Period: DEC. 31, 2002

For assistance you may call us at:

1-800-829-0922

CALLER ID: 536707

RONALD C BROWN
PO BOX 297
CRIPPLE CREEK CO 80813-0297976

FOR ACCOUNT OF RONALD C & GERALDINE L BROWN

OVERPAID TAX APPLIED TO OTHER TAXES YOU OWE

WE APPLIED $4,632.00 OF THE OVERPAID TAX ON YOUR 2002 TAX RETURN TO THE UNPAID BALANCE OF OTHER FEDERAL TAXES WHICH OUR RECORDS SHOW YOU OWE.

YOU MAY STILL BE DUE A REFUND IF WE APPLIED ONLY PART OF YOUR OVERPAYMENT TO OTHER TAXES. YOU ALSO MAY BE DUE A REFUND IF YOU RECENTLY MADE A PAYMENT AGAINST THE OTHER TAXES THAT WE HAD NOT CREDITED WHEN WE APPLIED YOUR OVERPAYMENT. IN EITHER CASE, YOU WILL RECEIVE A CHECK FOR ANY REFUND DUE YOU AS LONG AS THE AMOUNT IS GREATER THAN ONE DOLLAR. YOU MUST REQUEST A REFUND OF LESS THAN ONE DOLLAR. IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

THE FIGURES BELOW SHOW OUR CALCULATION:

HOW WE APPLIED YOUR OVERPAYMENT

| | |
|---|---|
| AMOUNT OF OVERPAID TAX ON YOUR RETURN............ | $4,632.00 |
| AMOUNT OF INTEREST YOU EARNED ON OVERPAYMENT..... | $.00 |
| TOTAL AMOUNT DUE YOU............................. | $4,632.00 |
| TOTAL AMOUNT APPLIED............................. | $4,632.00 |
| AMOUNT YOU WILL RECEIVE AS A REFUND.............. | $.00 |
| (ANY INTEREST DUE YOU WILL BE ADDED) | |

WHERE WE APPLIED YOUR OVERPAYMENT

| FORM(S) | TAX PERIOD(S) | AMOUNT(S) APPLIED | BALANCE REMAINING |
|---|---|---|---|
| 1040 | DEC. 31, 1990 | $4,632.00 | $8,675.95 |

WE WANTED TO ENSURE THAT BOTH YOU AND YOUR SPOUSE RECEIVE THIS NOTICE, SO WE'VE SENT A COPY TO EACH OF YOU. EACH COPY CONTAINS THE SAME INFORMATION RELATED TO YOUR JOINT ACCOUNT. ANY AMOUNT YOU OWE OR BALANCE DUE SHOWN SHOULD BE PAID ONLY ONCE. WE WILL ISSUE ANY REFUND SHOWN ONLY ONCE.

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE________________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 12 & EXHIBIT 36**

The authority for this pleading is RCFC 9. (c), (h)(1), (2) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral proceeding exists within a state of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of Colorado.

b. The State of Colorado is a state of the United States.

c. The State of Colorado is acting under the color of state law.

d. The refund proceeding is for the tax year 1994.

e. The amount to be refunded is $33.00

f. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

g. The original claim was filed at:

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

h. An administrative appeal was filed at:

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

i. The effect of the administrative review is as follows:

1) The state denied the petitioner a federal civil right.

2) The petitioner has been denied a state civil right to use a federal deduction.

3) An illegal assessment has issued in the amount of $3,192.99.

4) The petitioner is demanding a privilege of habeas corpus on the issue of full faith and credit of State statutes.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

a. The petitioner filed a civil right claim with the State of Colorado to claim a federal civil right to a deduction.

b. The federal deduction is founded on "Pleading Special Matters # 3, Section II" hereby adopted herein by reference.

c. The civil right claimed by the petitioner is the right to use a federal deduction founded on state law Title 39, Colorado Statutes, Article 22, section 104(1). The state civil right is:

> ". . . with respect to taxable years commencing on or after January 1, 1987, but prior to January 1, 1999, a tax . . . is imposed on the federal taxable income, as determined pursuant to section 63 of the internal revenue code . . ."

d. The petitioner is seeking full faith and credit of State statutes founded upon Title 28, United States Code, section 1738:

> "Such acts . . . shall have the same full faith and credit in every court of the United States . . . as they have by law or usage in the courts of such State . . . from which they are taken."

e. The intent is to litigate the federal deduction first, litigate a federal refund and use the evidence to claim a state refund.

## III.
## OWNERSHIP OF CLAIM

The party shown has ownership of a claim on money due in a tax refund suit due to the following conditions precedent:

a. A contract exists with a taxpayer to make a claim for a refund in the above listed action.

b. The consideration was made on April 21, 2002.

c. The third party filer is asserting this ownership is:

Richard Ortt, Compensation Consultants Inc
304 La Rue France, Suite 206
Lafayette, LA 70508
CAF No: 0200-35952R

I hereby certify under the penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

EXHIBIT 36

# FINAL NOTICE

Date: August 24, 2001

To: GERALDINE L. BROWN

Account Number: I - 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

5 Distraint Warrant(s) have been issued against you for collection of $ 3192.99

for delinquent INCOME taxes for 1994-8.

Warrant for Distraint is a function generally reserved for Federal, State and Municipal governments and is handled in the same manner as action by a Sheriff under a Writ of Execution. Distraint action can result in the garnishment of wages if you are salaried; the attachment of bank accounts: the seizure of personal property, including automobiles; the filing of liens against your real property, which entails considerable expense even though sale is not effected; and other related actions.

Be in my office between 8:30 and 11:30 on September 13, 2001.

If you have made prior payment arrangements with our Denver Office, or if you are unable to make it in on your scheduled date, please contact my office at (719) 594-8705.

Kathy Waidlich
Tax Examiner

Colorado Department of Revenue
3650 Austin Bluff Parkway, #188
Colorado Springs, CO 80918

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 13 & EXHIBIT 37**

The authority for this pleading is RCFC 9. (c), (h)(1), (2) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral proceeding exists within a state of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of Colorado.

b. The State of Colorado is a State of the United States.

c. The State of Colorado is acting under the color of state law.

d. The refund proceeding is for the tax year 1995.

e. The amount to be refunded is $60.00

f. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

g. The original claim was filed at:

Colorado Department of Revenue

1375 Sherman Street
Denver, CO 80261

h. An administrative appeal was filed at:

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

i. The effect of the administrative review is as follows:

1) The state denied the petitioner a federal civil right.

2) The petitioner has been denied a state civil right to use a federal deduction.

3) An illegal assessment has issued in the amount of $7,381.50.

4) The petitioner is demanding a privilege of habeas corpus on the issue of full faith and credit of State statutes..

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #12, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #12, Section III" by reference herein in support.

I hereby certify under the penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard J Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

DR 8408 (08/98)
COLORADO DEPARTMENT OF REVENUE
TAX COMPLIANCE SECTION ROOM 122
1375 SHERMAN STREET
DENVER, CO 80261-0004
(303) 866-4440 #6

EXHIBIT 37

FEB 24 2003

# NOTICE OF LIEN & GARNISHMENT UNDER DISTRAINT ON WAGES, SALARY AND OTHER INCOME FOR COLLECTION OF DELINQUENT STATE TAXES

GARNISHEE

GARNISHEE: Return this form with remittance

FOOTHILLS EXCAVATING
ATTN:PAYROLL
20 BOULDER CRESCENT 2ND FLOOR
CO SPRINGS, CO 80903

PAY THIS AMOUNT OF TAX: $ 11,458.40

TYPE OF TAX: INCOME

DCN: 0045300149018

RECEIVED
FEB 19 2002

Note: Garnishee is directed to answer the questions on the back of this form within twenty (20) days from the date of service of this order unless garnishee has delivered to the proper officer holding distraint warrant, any property in his possession belonging to, or paying to such officer any monies due to taxpayer, or by mailing same to the Colorado Department of Revenue, 1375 Sherman Street, Room 504, Denver, Colorado 80261.

As the garnishee you are hereby notified that the State of Colorado, through the Executive Director, Department of Revenue, hereby gives notice that a lien is asserted for the amount that is owed. Although notice and demand that are required by Colorado statutes have been made, the amount owed has not been paid. This garnishment requires you to turnover to The Colorado Department of Revenue: (1) this taxpayer's wages and salary which have been earned but not paid yet, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

Taxpayer: RONALD BROWN 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

You are instructed to withhold and forward to my attention 50 percent of all monies you pay to, or that is owned by the above named taxpayer.........until the full amount of the garnishment is paid.

*I certify that this instrument was served this* 14TH *day of* FEBRUARY 2003

[signature]
DULY AUTHORIZED STATE REVENUE AGENT

COMPLETE QUESTIONS ON BACK UNLESS AMOUNT OF TAX HAS BEEN PAID.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #:** ____________________

**JUDGE**______________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 14 & EXHIBIT 38**

The authority for this pleading is RCFC 9. (c), (h)(1), (2) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral proceeding exists within a state of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of Colorado.

b. The State of Colorado is a state of the United States.

c. The State of Colorado is acting under the color of state law.

d. The refund proceeding is for the tax year 1996.

e. The amount to be refunded is $45.00.

f. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

g. The original claim was filed at:

Colorado Department of Revenue

1375 Sherman Street
Denver, CO 80261

h. An administrative appeal was filed at:

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

i. The effect of the administrative review is as follows:

1) The State of Colorado denied the petitioner a federal civil right.

2) The petitioner has been denied a state civil right to use a federal deduction.

3) An illegal assessment has issued in the amount of $3,192.99.

4) The petitioner is demanding a privilege of habeas corpus on the issue of full faith and credit of State statutes.

## II.
## CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #12, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

## III.
## OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #12, Section III" by reference herein in support.

I hereby certify under the penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

EXHIBIT 38

# FINAL NOTICE

Date: August 24, 2001

To: GERALDINE L. BROWN

Account Number: I - 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

5 Distraint Warrant(s) have been issued against you for collection of $ 3192.99

for delinquent INCOME taxes for 1994-8.

Warrant for Distraint is a function generally reserved for Federal, State and Municipal governments and is handled in the same manner as action by a Sheriff under a Writ of Execution. Distraint action can result in the garnishment of wages if you are salaried; the attachment of bank accounts: the seizure of personal property, including automobiles; the filing of liens against your real property, which entails considerable expense even though sale is not effected; and other related actions.

Be in my office between 8:30 and 11:30 on September 13, 2001.

If you have made prior payment arrangements with our Denver Office, or if you are unable to make it in on your scheduled date, please contact my office at (719) 594-8705.

Kathy Waidlich
Tax Examiner

Colorado Department of Revenue
3650 Austin Bluff Parkway, #188
Colorado Springs, CO 80918

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 15 & EXHIBIT 39**

The authority for this pleading is RCFC 9. (c), (h)(1), (2) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral proceeding exists within a state of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of Colorado.

b. The State of Colorado is a State of the United States.

c. The State of Colorado is acting under the color of state law.

d. The refund proceeding is for the tax year 1997.

e. The amount to be refunded is $367.00.

f. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

g. The original claim was filed at:

Colorado Department of Revenue

1375 Sherman Street
Denver, CO 80261

h. An administrative appeal was filed at:

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

i. The effect of the administrative review is as follows:

1) The State of Colorado denied the petitioner a federal civil right.

2) The petitioner has been denied a state civil right to use a federal deduction.

3) An illegal assessment has issued in the amount of $3,192.99.

4) The petitioner is demanding a privilege of habeas corpus on the issue of full faith and credit of State statutes.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #12, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The petitioner hereby adopts "Pleading Special Matters #12, Section III" by reference herein in support.

I hereby certify under the penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

EXHIBIT 39

# FINAL NOTICE

Date: August 24, 2001

To: GERALDINE L. BROWN

Account Number: I - 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

5 Distraint Warrant(s) have been issued against you for collection of $ 3192.99

for delinquent INCOME taxes for 1994-8.

Warrant for Distraint is a function generally reserved for Federal, State and Municipal governments and is handled in the same manner as action by a Sheriff under a Writ of Execution. Distraint action can result in the garnishment of wages if you are salaried; the attachment of bank accounts: the seizure of personal property, including automobiles; the filing of liens against your real property, which entails considerable expense even though sale is not effected; and other related actions.

Be in my office between 8:30 and 11:30 on September 13, 2001.

If you have made prior payment arrangements with our Denver Office, or if you are unable to make it in on your scheduled date, please contact my office at (719) 594-8705.

Kathy Waidlich
Tax Examiner

Colorado Department of Revenue
3650 Austin Bluff Parkway, #188
Colorado Springs, CO 80918

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DOCKET #: ____________________**

**JUDGE______________________________**

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**PLEADING SPECIAL MATTERS # 16 & EXHIBIT 40**

The authority for this pleading is RCFC 9. (c), (h)(1), (2) and (5). In support the court is shown that the following conditions precedent exist in this proceeding:

I.
ACTION BY OTHER BODY

A collateral proceeding exists within a state of the United States. The following conditions precedent exist:

a. The petitioner has filed a tax refund claim with the State of Colorado.

b. The State of Colorado is a state of the United States.

c. The State of Colorado is acting under the color of state law.

d. The refund proceeding is for the tax year 1998.

e. The amount to be refunded is $583.00

f. The name(s), address, and identification number(s) appearing on the return are:

Ronald C. Brown and Geraldine L. Brown
P.O. Box 297
Cripple Creek, CO 80813
Social Security No: 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 and 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 respectively

g. The original claim was filed at:

Colorado Department of Revenue

1375 Sherman Street
Denver, CO 80261

h. An administrative appeal was filed at:

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

i. The effect of the administrative review is as follows:

1) The State of Colorado denied the petitioner a federal civil right.

2) The petitioner has been denied a state civil right to use a federal deduction.

3) An illegal assessment has issued in the amount of $4,076.90.

4) The petitioner is demanding a privilege of habeas corpus on the issue of full faith and credit of State statutes.

II.
CITATION OF STATUTES & REGULATIONS FOR DEDUCTION CLAIMED

The petitioner hereby adopts "Pleading Special Matters #12, Section II." by reference herein in support.

The omission under this section resulted in the illegal assessment.

III.
OWNERSHIP OF CLAIM

The Petitioner hereby adopts "Pleading Special Matters #12, Section III" by reference herein in support.

I hereby certify under the penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

CR 0465 (06/99)
COLORADO DEPARTMENT OF REVENUE
TAX COMPLIANCE SECTION ROOM 122
1375 SHERMAN STREET
DENVER CO 80261-0004
(303) 866-4440 #6

EXHIBIT 40

FEB 24 2003

# NOTICE OF LIEN & GARNISHMENT UNDER DISTRAINT ON WAGES, SALARY AND OTHER INCOME FOR COLLECTION OF DELINQUENT STATE TAXES

GARNISHEE

GARNISHEE: Return this form with remittance

FOOTHILLS EXCAVATING
ATTN:PAYROLL
20 BOULDER CRESCENT 2ND FLOOR
CO SPRINGS, CO 80903

PAY THIS AMOUNT OF TAX: $ 11,458.40

TYPE OF TAX: INCOME

DCN: 0045300149018

RECEIVED
FEB 19 2002

Note: Garnishee is directed to answer the questions on the back of this form within twenty (20) days from the date of service of this order unless garnishee has delivered to the proper officer holding distraint warrant, any property in his possession belonging to, or paying to such officer any monies due to taxpayer, or by mailing same to the Colorado Department of Revenue, 1375 Sherman Street, Room 504, Denver, Colorado 80261.

As the garnishee you are hereby notified that the State of Colorado, through the Executive Director, Department of Revenue, hereby gives notice that a lien is asserted for the amount that is owed. Although notice and demand that are required by Colorado statutes have been made, the amount owed has not been paid. This garnishment requires you to turnover to The Colorado Department of Revenue: (1) this taxpayer's wages and salary which have been earned but not paid yet, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

Taxpayer: RONALD BROWN 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

You are instructed to withhold and forward to my attention 50 percent of all monies you pay to, or that is owned by the above named taxpayer..........until the full amount of the garnishment is paid.

I certify that this instrument was served this 14TH day of FEBRUARY 2003

[signature]
DULY AUTHORIZED STATE REVENUE AGENT

COMPLETE QUESTIONS ON BACK UNLESS AMOUNT OF TAX HAS BEEN PAID.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DOCKET #: ______________________________

JUDGE:__________________________________

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

---

**NOTICE OF INDIRECTLY CASES**

The authority for this notice is RCFC 40.2 (b). This case has common issues or fact with the following proceeding now pending in this court:

Docket # 03-1625T

Richard Ortt, Petitioner
United States, Respondent

The related case is an application for habeas corpus relief, has the same issues of law, the same issues of fact and involves the same parties. The petitioner believes it would promote the efficient administration of justice if the same judge was assigned to these cases.

I hereby verify under the penalties of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2003.

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066