ORIGINAL

# In the United States Court of Federal Claims

**No. 03-1755 T**

FILED
SEP 29 2003
U.S. COURT OF
FEDERAL CLAIMS

**RICHARD ORTT,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order of Dismissal, filed September 26, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Acting Clerk of Court

**September 29, 2003**

By: [signature]

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $105.00.