ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 03-1755T

JUDGE Lawrence M. Baskir

RICHARD ORTT
Petitioner

VS

UNITED STATES
Respondent

FILED
OCT 20 2003
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

---

**MOTION FOR RELIEF FROM JUDGMENT**

The motion for relief from an order issued on September 26, 2003 is authorized by RCFC Rule 60 (b). The petitioner made a mistake by seeking relief as a third party in a refund proceeding. The petitioner is moving for relief from the order of dismissal based on the amended pleadings herein.

Wherefore the amended pleading herein is adopted by reference in support and the petitioner moves for the following alternative relief:

1) An order to issue to reopen the pleading based on the fact that the petitioner made a mistake;

2) Or an order to issue to show cause why the relief should not be granted;

3) Or an order for transfer if the court lacks jurisdiction to grant the relief shown herein.

The petitioner is also moving for judicial notice of the adjudicated facts herein pursuant to Federal Evidence Rule 301 (b) and (d).

Executed on this 9th day of October, 2003.

Richard J Ortt

Richard Ortt
304 La Rue France, Suite 206
Lafayette, LA 70508
Tel: 337 234-1220
Fax: 337 234-1066

JUR
10

ORIGINAL

# In the United States Court of Federal Claims

Case No. 03-1755T
(Filed: October 20, 2003)

FILED
OCT 20 2003
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| RICHARD ORTT, *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant*. | * |

## ORDER

The Plaintiff, Richard Ortt, filed a Complaint *pro se*, apparently seeking a refund for taxes paid in 1990 by taxpayers Ronald C. and Geraldine L. Brown. Because Mr. Ortt was the tax preparer and, therefore, lacked standing, this Court dismissed his Complaint in an Order of Dismissal dated September 26, 2003.

Mr. Ortt attempted to file three additional papers with this Court on October 14, 2003. Because two of the filings restate matters already rejected by our Order of Dismissal we do not accept them. **The Clerk is directed to return these filings to Mr. Ortt.**

Mr. Ortt's third filing, a Motion for Relief from Judgment under Rule 60(b), we accept for filing. The Motion lacks a certificate of service. However, because one was attached to the other filings we assume that the Government received all of Mr. Ortt's filings. The Government is, of course, free to notify the Court if this is not the case upon receipt of this Order.

JWP
11

In Mr. Ortt's Motion for Relief from Judgment he admits that he "made a mistake by seeking relief as a third party in a refund proceeding." However, he does not offer any grounds for reopening the pleadings other than the fact he made a "mistake." Rule 60(b) gives this Court the discretion to "relieve a party... from a final judgment, order, or proceeding for ... mistake, inadvertence, surprise, or excusable neglect." (West 2003). Rule 60(b)'s remedy is an extraordinary one, which a court will not grant unless the "moving party satisfactorily demonstrates that relief is warranted due to unusual or unique circumstances." *Bucci by Bucci v. Secretary of the Dep't of Health & Human Servs.*, 32 Fed. Cl. 330, 333 (1994).

The Plaintiff obviously has not met this burden. **Therefore, Plaintiff's Motion for Relief from Judgment is denied. The Clerk is further directed not to accept future papers which are inconsistent with the Rules of this Court.**

**IT IS SO ORDERED.**

LAWRENCE M. BASKIR
Judge

Docket No. 3-1755

## UNITED STATES COURT OF FEDERAL CLAIMS

### MEMORANDUM

TO: JUDGE Baskir
FROM: CLERK'S OFFICE

The attached was received on 10/14/03 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.1]

2. X Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   X is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ____________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. X No provision in the Rules for the filing of this item
7. X Case is closed

J.T.
Deputy Clerk