ORIGINAL

# In the United States Court of Federal Claims

FILED
JAN 29 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * *

RICHARD ORTT, *

Plaintiff, * No. 03-1755 (ADR)

v. * Filed: January 29, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties have not contacted the settlement judge since the July 2003 Order to state whether ADR proceedings would be productive in their case. Counsel should advise this court no later than February 6 whether they wish to participate in the ADR Program. Otherwise, we will notify the presiding judge that the case may proceed without further delay. We remain available to assist the parties with pre-trial problems or to address any other matters.

Robert H. Hodges, Jr.
ADR Judge